AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEREMY GRACE<br>DOB: XXXXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00442
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/24/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Unlawful entry of a restricted building |
| 18 U.S.C. § 1752(a)(2) | Disorderly conduct in a restricted building |
| 40 U.S.C. § 5104(e)(2)(D) | Dsorderly conduct in the Capitol building or grounds |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, demonstrating, or picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached affidavit

❏ Continued on the attached sheet.

_____
*Complainant's signature*

T. Michael Class Jr., Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:      05/24/2021

_____
*Judge's signature*

City and state:      Washington, D.C.

_____
*Printed name and title*