AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00442 |
| JEREMY GRACE | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/24/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeremy Grace,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Unlawful entry of a restricted building); 18 U.S.C. § 1752(a)(2) (Disorderly conduct in a restricted building); 40 U.S.C. § 5104(e)(2)(D) (Dsorderly conduct in the Capitol building or grounds); 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building)

Date: 05/24/2021

2021.05.24 15:27:52 -04'00'
*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 05/24/2021, and the person was arrested on *(date)* 05/26/2021
at *(city and state)* Molalla, Oregon.

Date: 05/26/2021

*Arresting officer's signature*

*Printed name and title*