Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
Tel:     (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>          **Plaintiff,**<br><br>    v.<br><br>**JEREMY GRACE,**<br><br>          **Defendant.** | Case No. 1:21-cr-00492-RDM<br><br>**ATTACHMENT A<br>TO PROTECTIVE ORDER** |

Attached hereto is Attachment A, Defendant's Acceptance, to the Protective Order lodged with this Court as Docket No. 8.

Respectfully submitted on August 2, 2021.

                                          */s/ Gerald M. Needham*
                                          Gerald M. Needham
                                          Assistant Federal Public Defender

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

_6-18-2021_  
Date

_____  
Jeremy Grace  
Defendant