# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00442 |
| JEREMY GRACE | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/24/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeremy Grace,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Unlawful entry of a restricted building); 18 U.S.C. § 1752(a)(2) (Disorderly conduct in a restricted building); 40 U.S.C. § 5104(e)(2)(D) (Dsorderly conduct in the Capitol building or grounds); 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building)

Date: 05/24/2021

2021.05.24 15:27:52 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 05/24/2021, and the person was arrested on *(date)* 05/26/2021
at *(city and state)* Molalla, Oregon.

Date: 05/26/2021

*Arresting officer's signature*

*Printed name and title*


# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>JEREMY GRACE<br><br>*Defendant* | ) ) ) ) ) ) | Case: 1:21-mj-00442<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 5/24/2021<br>Description: COMPLAINT W/ ARREST WARRANT |
|---|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jeremy Grace,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Unlawful entry of a restricted building); 18 U.S.C. § 1752(a)(2) (Disorderly conduct in a restricted building); 40 U.S.C. § 5104(e)(2)(D) (Dsorderly conduct in the Capitol building or grounds); 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building)

Date:    05/24/2021

*Issuing officer's signature*

City and state:    Washington, DC            Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:7446467@ord.uscourts.gov
Subject:Activity in Case 3:21-mj-00110 USA v. Grace Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 5/26/2021 at 3:39 PM PDT and filed on 5/26/2021

**Case Name:** USA v. Grace
**Case Number:** 3:21−mj−00110
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District, Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Jeremy Grace. Government's oral unopposed motion to unseal case is granted. Defendant waives an in−person appearance and consents to appear by videoconference from USM Lock−Up. Order Appointing Counsel AFPD Gerald Needham for for today's proceedings. Defendant proceeds as named, waives further reading of the charges, and waives identity hearing; signed Waiver forthcoming. Defendant reserves his right to a preliminary hearing in the District of Columbia. Defendant ORDERED released on conditions to appear via Zoom regarding case number 1:21−mj−442 in the District of Columbia before Magistrate Judge Zia M. Faruqui, on June 1, 2021 at 1:00 p.m. Physical address: U.S. District Court, 333 Constitution Avenue N.W., Washington D.C., 20001. Counsel Present for Plaintiff: Ryan Bounds and Mona Sedky (from District of Columbia). Counsel Present for Defendant: Gerald Needham. Restraint Order: NR. (Court Reporter Bonita Shumway) (pvh)**

**3:21−mj−00110−1 Notice has been electronically mailed to:**

Gerald M. Needham &nbsp &nbsp jerry_needham@fd.org, jennifer_lillie@fd.org, orx_docketing@fd.org

Ryan W. Bounds &nbsp &nbsp ryan.bounds@usdoj.gov, CaseView.ECF@usdoj.gov, june.thomquist@usdoj.gov

**3:21−mj−00110−1 Notice will not be electronically mailed to:**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Jeremy Grace | ORDER SETTING CONDITIONS<br>OF RELEASE<br><br>Case Number: 3:21-00110M |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.
(3) The defendant shall immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.
(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear by video in the District of Columbia District Court for an appearance on June 1, 2021 before U.S. Magistrate Judge Zia M. Faraqui. A link to the video appearance will be provided by the Assistant U.S. Attorney to defense counsel.

**Additional Conditions of Release**

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:
- Report as directed by the U.S. Pretrial Services Office.
- Do not enter the District of Columbia except for court purposes or with prior approval of Pretrial Services.

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:
YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, forfeiture of bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City, State & Zip

1

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
- ☐ Alcohol detection
- ☐ Drug detection
- ☐ Computer monitoring

The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
- ☒ The defendant is ORDERED released after processing.
- ☐ The defendant is ORDERED temporarily released.
- ☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: May 26, 2021

/s/ Youlee Yim You
_____
Signature of Judicial Officer
**Youlee Yim You**
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc: Defendant
US Attorney
US Marshal
Pretrial Services

2

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:21-mj-00110 |
| JEREMY GRACE ) | |
| ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:21-mj-004421 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | Courtroom No.: Via Zoom |
|---|---|
| | Date and Time: 6/1/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 26, 2021

/s/ Youlee Yim You
*Judge's signature*

The Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:21−mj−00110−1

Case title: USA v. Grace  
Other court case number: 1:21−mj−442 USDC, District of Columbia

Date Filed: 05/26/2021

Assigned to: Unassigned

**Defendant (1)**

**Jeremy Grace**     represented by     **Gerald M. Needham**
Office of the Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326−2123
Fax: (503) 326−5524
Email: jerry_needham@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

US District Court for the District of Columbia: 18:1752(a)(1) (Unlawful entry of a restricted building); 18:1752(a)(2) (Disorderly conduct in a restricted building);

**Disposition**

40:5104(e)(2)(D) (Disorderly conduct in the Capitol building or grounds); 40:5104(e)(2)(G)(Parading, demonstrating, or picketing in a Capitol Building)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ryan W. Bounds** <br> U.S. Attorney's Office <br> 1000 SW 3rd Ave <br> Rm 600 <br> Portland, OR 97204 <br> (503) 727–1141 <br> Fax: (503) 727–1117 <br> Email: ryan.bounds@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/26/2021 | 1 | | Documents Received From Other Court as to Jeremy Grace from USDC, District of Columbia Case No: 1:21–mj–00442 (sss) (Entered: 05/26/2021) |
| 05/26/2021 | 2 | | **Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District, Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Jeremy Grace. Government's oral unopposed motion to unseal case is granted. Defendant waives an in–person appearance and consents to appear by videoconference from USM Lock–Up. Order Appointing Counsel AFPD Gerald Needham for for today's proceedings. Defendant proceeds as named, waives further reading of the charges, and waives identity hearing; signed Waiver forthcoming. Defendant reserves his right to a preliminary hearing in the District of Columbia. Defendant ORDERED released on conditions to appear via Zoom regarding case number 1:21–mj–442 in the District of Columbia before Magistrate Judge Zia M. Faruqui, on June 1, 2021 at 1:00 p.m. Physical address: U.S. District Court, 333 Constitution Avenue N.W., Washington D.C., 20001. Counsel Present for Plaintiff: Ryan Bounds and Mona Sedky (from District of Columbia). Counsel Present for Defendant: Gerald Needham. Restraint Order: NR. (Court Reporter Bonita Shumway) (pvh) (Entered: 05/26/2021) |
| 05/26/2021 | 3 | | **Order Setting Conditions of Release** as to Defendant Jeremy Grace. Signed on 5/26/2021 by Magistrate Judge Youlee Yim You. (chso). (Main Document 3 replaced on 5/26/2021) (eo). (Entered: 05/26/2021) |
| 05/26/2021 | 4 | | Order for Administrative Correction of the Record pursuant to Fed. R. Crim. P 36 as to Jeremy Grace regarding # 3 Order Setting Conditions of Release. A Clerical error has been discovered in the case record: The incorrect PDF was attached. The following corrections were made to the record: A corrected PDF has been uploaded and has replaced the incorrect attachment.The Notice of |

| | | | |
|---|---|---|---|
| | | | Electronic Filing will be regenerated to all parties. (eo) (Entered: 05/26/2021) |
| 05/26/2021 | 5 | | Order Requiring Defendant to Appear in District of Columbia Where Charges are Pending and Transferring Bail as to Jeremy Grace. (schm) (Entered: 05/27/2021) |