C. Renée Manes
Assistant Federal Public Defender
Email: Renee_Manes@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 1:21-cr-00492-RDM** |
| **Plaintiff,** | **NOTICE OF ATTORNEY REASSIGNMENT** |
| **v.** | |
| **JEREMY GRACE,** | |
| **Defendant.** | |

Please be advised that the above-captioned case has been reassigned from Assistant Federal

Public Defender Gerald M. Needham to Assistant Federal Public Defender C. Renée Manes.

Please withdraw Mr. Needham from further service and electronic notices in this case.

Respectfully submitted this 4th day of May, 2022.

/s/ C. Renée Manes
C. Renée Manes
Attorney for Defendant

Approved by:

Lisa Hay
Federal Public Defender

Page 1   NOTICE OF ATTORNEY REASSIGNMENT