Your honor, I stand before you after pleading guilty to my actions on January 6th, and I am sorry for the trouble that I have caused. I regret that my family had to endure hardships due to my conduct that day.

I take my duty as a father, husband and provider very seriously. I have always worked hard to do what is right, from my years in the Navy to my current position as an electrician.

I take responsibility for my actions. I know that I was part of a group and that many members of that group became violent. That was never my intention - I never wanted to destroy any property or hurt any individuals - and I did not do so. But I am sorry that property was destroyed and people were hurt. As soon as I saw how crazy it was becoming, and that some people were getting violent, I left and my father left with me. I wish I had not joined the mob that day.

Again, I am a Navy veteran and I have no other criminal record. I am an upstanding citizen with a steady job, and I have a family that counts on me. I believe in God and I know that he has a plan for me each and every day. I know God has set me on this path to learn from it, and I am doing so.

I hope and pray that you will take my words and the words of the people that have written to you on my behalf into consideration when making your final decision. I love God, my family and my country, and I know that will always be true.

Thank you, your honor.

Respectfully Jeremy Guy Grace

*[signature]*

Created with Scanner Pro

Exhibit A
Page 1 of 1