June 27, 2022

To The Honorable Randolph D. Moss:

We are Steven and Laura Allen. We have lived almost our entire lives in Vancouver, Washington and will soon retire. I, Steven, am a veteran of the United States Air Force having served on foreign soils. We are the proud parents of two responsible children who are building their own families. We are familiar with the circumstance surrounding Jeremy Grace and we wanted to take the time to impress upon you who we know this man to be that you are about to sentence.

We have known Jeremy Grace since he met and subsequently married our niece, Jenna, 15 years ago. Together they have grown to be a powerful couple – you can't talk about Jeremy without talking about Jenna, as together they are the epitome of a team. In all their time together we have never known or heard of either of them acting negatively towards anyone. Not one single sole. To the contrary, Jeremy and Jenna are the very definition of mature and responsible adults that others would do well to emulate.

He is a good husband and father, standing strong with Jenna as they work together to lay the groundwork for a good life for their two children. As an example of Jeremy's nature as a human being: Jeremy's mother-in-law lives with them in an addition to their home that Jeremy and Jenna built themselves at great expense, providing her separate living quarters complete with a kitchen and bathroom. Making sure she would have her own safe and comfortable place to live out the rest of her years and still be close to her only daughter and two of her grandchildren. How many son-in-laws would take on the financial and emotional responsibility to do that for a mother-in-law?

Additionally, Jeremy has served his country proudly and honorably by sacrificing a number of his years to the armed forces. After serving and during his first years with Jenna, Jeremy worked as an apprentice electrician. While working full time he attended school to further his knowledge in the field, paying his own way. Today Jeremy is at the top of his craft and manages his own crews and jobsites and would be considered professionally successful by any definition of the word.

As a team, Jeremy supports his wife Jenna, who works as a school teacher. Since the pandemic and schools were closed they are converting some of their own land to host children from around the community for activities; providing a safe place for them to learn and be socially active. Proving yet again to be role models for their societal peers and showing a commitment to their community unmatched by others through personal sacrifice.

If you still don't have a clear picture of who Jeremy is then see him through his children: Avalee and Weston. They are without a doubt the most well-mannered and well-adjusted children we know and we always come away impressed whenever we interact with them. They're smart, fun, interesting, driven, respectful, mature for their age, and above all, full of love. This doesn't happen without the strong and stable home life Jeremy and Jenna have painstakingly built. If you want to know about the man, talk to his children. We have no doubt you will come away with the same view that we have.

Society benefits from who Jeremy is and what he and Jenna are doing. They are truly role models for others and we personally have the utmost respect for them and their children and if we had to write a thousand letters of support, we would. We hope that you will help them move past this so that they can focus again on being productive in the community. Lord knows that through this long ordeal this family

has already paid a debt - both monetarily and emotionally. At the very least, please understand that as you sentence Jeremy you are also sentencing Jenna and both of their children. He is not an island.

Respectfully,

Steven and Laura Allen

Via email:

June 27, 2022

To The Honorable Randolph D. Moss

      Hello, my name is Tristen. I've known Jeremy for over a decade now, his wife is my cousin. During this time I've never known him to be anything other than a loving husband and father, and a hard working man of faith. He's active in his children's lives as well as the community. From the very first introduction to my family it was felt and understood that he was a good guy who loved and cared for his now wife, and since then that admiration and bond has only strengthened. Together Jeremy and his wife have 2 incredibly smart and talented young children, and anytime I'm around the family they always have plans to do something together, whether that's soccer on the weekend or something fun and interactive at their house for everyone to be involved in. I've shared many meals and conversations with Jeremy and his family and always walk away with the impression that he's nothing but a reliable, honest, and dependable man who loves his family and wants to give them the world.

Sincerely,

The Allens

via email: ███████████████

June 26, 2022

The Honorable Randolph D. Moss,

Thank you for taking the time to consider my character reference on behalf of Jeremy Grace.

My name is Jennifer Beeks, I work as the Outreach Coordinator for the Family & Community Resource Center at Orchards Elementary School.  Myself and my husband have 2 grown children who, alongside us, have lived, worked and been active in our community of Clark County for most of our lives.  My husband has a career in law enforcement and I have always worked in public education.

It is in my current role at Orchards Elementary, that I came to meet and came to know the Grace family.  Jeremy's wife Jenna taught at the school, and later their two children Avalee and Weston attended as students.

During the past 8 years of knowing the Grace family, I have been very impressed with them individually and as a family unit.  In my professional role as the Family & Community Resource Center Coordinator, I often had families in need of items or support for resources, food, clothing, etc.  The Grace family was always offering to help, donate and support families in need at our school.  Jeremy was an active parent when their kids were students at Orchards Elementary.  He was at school events and functions and made sure that his kids were able to participate and be active members of our school community.  Jeremy was also incredibly supportive of his wife and helped her to be an excellent teacher who constantly went above and beyond for her students.  Jeremy may not have been in the building, but he was partnering in parenting and caring for the kids so Jenna could be such an active member and positive role model to others as a part of our staff.

I have been able to spend time personally with Jeremy and his family.  He is an excellent parent and his children reflect character, integrity, kindness, compassion and love.  Jeremy is an involved parent who is with his children and family, he is active in raising his children to be positive, productive, hard-working and compassionate members of society.  I have also had the privilege to meet Jeremy's parents, siblings and extended family at social gatherings.  I find them all to be reflective of who I see Jeremy to be, kind, responsible, compassionate, hardworking, loyal, humble and caring.  Jeremy and his family are the type of people we want in our community and personally I am thankful for.  They are quality individuals that are willing to work hard, serve others and love God.

Jeremy attends with his family at Church on the Rock.  He is following Christ and raising his children to do the same.  As a member of a church, you are striving to follow the biblical teachings of Christ and accept and expect accountability for your life.  Having a commitment to faith and the pursuit of a personal spiritual life speaks to the integrity and character of an individual.  Holding space for spiritual growth and maturity is becoming a rarer trait in our community, but, a value and lifestyle I find to be very important and beneficial, not just personally, but for our community at large.

Jeremy served our country honorably and with great integrity as a member of the US Navy. It is a sacrifice that is sacred in our country and is truly one of the tenants that makes our freedom so precious. It is humbling to think that as a young man, Jeremy was willing to serve, work and fight for me, my county and my freedom. Since serving our country, Jeremy has worked for 15 years as union electrician. He has lived in our community and worked to support many in his career. He provides for his family, is able to give back to the community with not just his time, but the financial resources he earns from his hard work as he has done for families at Orchards Elementary. Jeremy is an individual that adds value to our community. His life, work, and family all bring positive things to others.

I find Jeremy Grace to be a man of great character. I find his family to exude the same character and integrity. It is truly my privilege to have you consider my words, which fall short, about Jeremy, about his family, and what they mean to me, my community and my family as they are people of moral character, faith, integrity, trustworthiness and truly compassionate kindness.

Thank you, again, for your time and thoughtful consideration,


Jennifer Beeks

via email: ▬▬▬▬▬▬▬▬▬

Avalee Grace
12 years old

I'm Jeremy Grace's daughter. He is a wonderful hard working dad. He is always taking us to dinner or breakfast. I Love my dad so much, when he get home from work even when he is tired he makes time and plays catch with us. He is always working on something for us. I really do not want him to go to Jail. My dad is a huge part of my life and I need him.

Please accept my words in consideration.

—Avalee Grace
WA

June 29, 2022

Dear, Honorable Randolph D. Moss

I am writing this letter to you, to share about my son Jeremy G Grace.
From the time Jeremy was a young boy he has always had a responsible mature nature. He is the oldest son in our family and is someone you can always count on.
He graduated early from high School with honors and joining the Military, U.S Navy. Earning top spot in Basic Training and going to Pensacola, Florida for training.
Then being stationed in Lemoore CA and Sailing on USS Carl Vinson as a Airplane Mechanic.
Jeremy is a hard worker and sets high standards for himself. Working as a Commercial Electrician for approx. 15 years.
His family is his pride and joy, putting family first he is a excellent Husband (Jenna) and Dad to his 2 children, Avalee & Weston.
He helps whenever he can, serving in his church and his community. A fun well liked person and someone I am proud to call my son and friend.
I can only Pray you will take into consideration the good man, friend and citizen Jeremy is.
Thank you,

Sincerely,


Debra Grace

via email: ███████████████

June 23, 2022

To the Honorable Randolph D. Moss,

I am writing to you on behalf of my husband Jeremy Grace. My name is Jenna Grace and we have been married for almost 13 years and together for 15. During that time… we have started careers, bought 2 homes, started an amazing family, and excelled in our careers… I have gotten to know Jeremy very well! There are so many amazing qualities to tell you about Jeremy it's hard to know where to start.

First I will tell you about the exceptional dad that Jeremy is. Jeremy is one of those dads who does anything and everything for his kids. His idea of a great time is spending time with his kids barbecuing, playing catch, swimming, traveling, anything as long as he is with them. He truly enjoys being a dad. He is loving, caring and provides his children with the best possible life he can imagine.  Jeremy is a wonderful role model to his children. He leads by example showing his strong work ethic, respect to others, helping those in need, loving God and providing for his family.  Both Avalee and Weston cherish the relationship they have with their dad. He is a huge part of their lives and they learned so much from him whether it be just day-to-day life or the jobs that they help him with around the house.

As a husband Jeremy is a great catch! He is the hardest working man I have ever met! Anything and everything he does is his best. From doing things around the house to providing for our family I know I can always count on him. He is loving and supportive. When Covid hit we decided to homeschool our kiddos and I had his full support! He converted our downstairs into a classroom with enough space for cousins and friends to join as well. He has such a giving heart, pure gold!

Jeremy comes from a large family… He is one of six children. He was raised in a conservative Christian family with strong moral values and a very close bond. That is one of the things that I love about Jeremy! He is a family man! We are close with his family. We enjoy birthdays, barbecues, and just making memories together as a family. Jeremy's siblings can count on him for anything, whether it be home repair projects around their house, watching kiddos, or helping move. Jeremy is there and ready to help!

Another amazing thing about Jeremy is his strong work ethic and his ability to go above and beyond when it comes to getting a job done. As a journeyman inside Wireman he is one of the best! Working on anything from wiring a new Starbucks to planning and carrying out all of the electrical needs of a high-rise building Jeremy can do it all. His name precedes him and he is often requested for jobs by other contractors. He is a hard worker, he is fair, and he just does a great job! When I am around other people that he works with it is amazing to hear all of the wonderful things that they have to say about him aside from being a great worker and doing such a good job, he's just a great person. He likes to make people laugh and he makes people feel good on the job. He is a good leader and a strong motivator.

I just can't tell you enough great things about Jeremy. From a young age he has been responsible, graduating high school early and joining the Navy. He loves his country and serving in the Navy was one of his proudest accomplishments! He has carried on that determination, work ethic, respect and responsibility through his entire life. I could continue on but I am guessing you get the picture. Jeremy Grace is an amazing Christian man who loves his family, his country, his career, and his life! As the sole provider for our family and a huge part of so many peoples lives I hope that you take these things into consideration. Thank you so much for your time!

Sincerely,

Jenna Grace

Weston age 10

My name is Weston Grace. I am Jeremy Grace's son. My dad is so nice. I love my dad so much. He is such a big part of my life. Me and my dad like to play roller hokey and soccer. He is a hard worker and honest and funny. He teaches so many new things. In 1 corinthians 16:13 it says be on your gaurd, stand firm in the faith, be courageous, be strong. These are some of the things he tought me.



June 10, 2022

Dear Judge Moss,

I am Jeremy Grace's younger sister Morgan Mcilroy (Grace) . I am a mother to two young girls and work as a Pharmacy Technician. I have be married for 9 years to Robert Mcilroy and we have two children together. I have known Jeremy Grace my whole life, 32 years. Jeremy is a brother to me a brother-in-law to my husband and an uncle to my two children. Jeremy has always been such an exceptional brother. If there is ever someone could/can count on he is one of them. As a young girl I looked up to him as an example of how to work hard, be honest, responsible, respectful, have strong faith, keep an open mind and a willingness to learn and many other life skills. I have always been proud of his service to our country and I admire his pride and love for the great USA. Jeremy has over the years not only shown me the image of an good brother and friend but also what is means to be a caring Uncle to my two children. There have been situations have arose that Jeremy has been someone that I have been able to count on to help me and my family out. In good time/success he cheering us on and in hard time showing support and encouragement. With all that has happened I realize that my dear brother/friend and uncle to my girls is facing serious consequences. I am asking and praying that my message is taken into consideration while your decision on his sentencing is made as Jeremy is a important part of my family and also our community. I very much appreciate your time

Respectfully,

Morgan Mcilroy

June 24, 2022

To: The Honorable Randolph D. Moss

Re: Jeremy Grace

Dear Judge Randolph D. Moss,

My name is Courtney McKay/Grace. I'm writing this to be a character witness for my older brother Jeremy Grace. I am the 3rd Child of 6 kids. Jeremy is 3 years older than me. I have 3 children of my own and have fostered 3 children with my husband of 15 years.

All my life I've looked up to my brother as hard working, caring, driven, law abiding honorable Christian, a great family man and a dedicated father. when we were little Jeremy would constantly step up and take on responsibilities above and beyond his own. With having my dad be a long haul truck driver and Jeremy being the oldest boy in the house he learned at a young age how to work hard and to take care of the ones he loves. He was always looking out for all of his siblings and sacrificing for others. that is the core of Jeremys character and it has never waivered.

Being the driven person that Jeremy is he worked extremely to hard graduate high school early with honors and even sacrificed missing his own graduation ceremonies in order to take the opportunity to leave for basic training, six months early and answer a higher calling of service to his country.   Jeremy served for four honorable years in the U.S. Navy protecting this country from threats around the world while aboard the naval air craft carrier USS Carl Vinson. Receiving exceptionally high marks from his superiors and multiple accolades along the way. After his service in the military Jeremy returned to his home town of Battle Ground, Washington and promptly began attending college as well and began his carreer as an electrician. Eventually meeting his now wife Jenna Grace who is a school teacher and mother of their 2 children .

Jeremy has always been a shining example of someone who goes above and beyond in all areas of life. Always willing to help someone in need and go the extra mile. Jeremy is a stand up citizen not just for his family but for his community and his country. Thank you for taking your time to read this letter.

Respectfully,

Courtney McKay

via email:

June 28, 2022

To the Honorable Randolph D. Moss,

My name is Viki Salyers, I am Jeremy Grace's mother in law. I have known Jeremy for 15 years. I have had the joy and pleasure of watching Jeremy and my daughter start a life together. When they were engaged and Jeremy was just starting the union apprenticeship program they lived with me for about a year. I was able to really get to know Jeremy and what a good person he is. He is respectful, helpful around the house, and a hard worker.

As life carried on Jeremy and Jenna were married and started a family. I helped with the kids and visited often. The time came where I needed to find an affordable place to live. My husband had died a few years before I met Jeremy and I could no longer afford to live on my own. Jeremy and Jenna actually decided to sell their home and buy one big enough so that I could live with them. For 5 years, I lived in their home and got to see first hand their day to day lives. Jeremy is a family man. He loves playing with the kids. Often I would hear loud noises upstairs so I would step out of my room to listen and it was always Jeremy running around with the kids, having a great time being a kid himself. During my time with them Jeremy always made sure my living space was comfortable and what I needed. From there they decided to build me my own apartment attached to their house. As they began building I tried to imagine what it would be like and the product exceeded my expectations. They lovingly built me such a wonderful home where I have lived for the past 4.5 years. Anytime I need something fixed or have a question Jeremy is always there to help.

Another perk of living on their property is that I get to see my daughter Jeremy with their family. Jeremy is always working in the yard, putting up a pool for the kids, playing catch, making dirt bike tracks, and endless things to give his family a wonderful life. Hard working doesn't begin to describe all that he does. It's all the little things that add up to greatness, giving me a ride to work even when there is a trace of snow because he knows I hate driving in it, letting me know I need new tires, and planting a memorial area in their yard for my late husband. He is just a great son in law.

Jeremy is someone I know that I can count on to care for my daughter and her family and I know he is there for me as well. He is truly a family man. Thank you for taking the time to hear from me in regards to Jeremy's character. I hope that you consider these things.

Sincerely,

Viki Salyers

via email: ▮

Amber Sandine



June 11, 2022

To: The Honorable Randolph D. Moss

Re: Jeremy Grace

Dear Judge Randolph D. Moss,

My name is Amber Sandine. I am the oldest (40 years) of six children with Jeremy being my closest sibling 2 years younger than me.  I have been married for 20 years, and we have been blessed with 3 children ages 16, 13, and 10. I received a Bachelors in Nursing in 2007 from the University of Nebraska Medical Center, and have worked on the Medical Oncology unit and then for the past 11 years have enjoyed providing bedside nursing care to Mothers in the Labor and Delivery unit.

Jeremy and I have always been very close siblings. He was always caring as a younger brother growing up and exceptionally responsible. My memories run deep of playing with Jeremy during our younger years… chopping weeds with sticks to make trails in the forest, Building forts for hours in the woods, the time he had to rescue me because I was stuck to high in a tree and couldn't navigate my way down, and as we got older riding Motorcycles together in the forest. He was always the most logical and driven one. Even as a youth he was able to not eat his Halloween candy in a few nights and make it last for several months. Those candies he saved he also used to cheer one of us siblings up if we had a bad day or had hurt feelings. He has always carried empathy as a strong personality trait. Him and I were always trying to find ways to make a little cash when we were younger, and Jeremy got a job at an electrical shop and was able to pay cash for a truck before he was even 16. I was so amazed and proud that he was able to do that.  He loved that truck and washed it every week even before he was able to drive to take good care of it. I was exceptionally thankful when he generously let me drive it when my car had bit the dust.  Jeremy had the desire to serve for our country and when he had enough credits to graduate early he did and left to the Navy before graduation day. I think about how mature he was for just being Seventeen.  We kept in close touch during that time with letters. I remained proud of who he was pulling rank in the Navy, and was excited for the day he was Honorably discharged.

Watching Jeremy as an adult has been wonderful. I was so excited for him meeting someone he deeply loved and getting married. Their marriage has been wonderful to watch. They have love and mutual respect that is admirable. Watching Jeremy as an exceptional Father to my Niece and Nephew has been so awesome. You can see the joy through him when he talks about his children or is coaching their soccer games.  Jeremy has been a very strong provider for his

family, and his children you can see are very close with their Dad. He has a generous and care taker heart. When his widowed Mother in-law was unable to find any affordable housing he took the initiative to add a condo on to their family home so she could know she always had a home of her own. He has been dedicated to progressing in his career to provide a strong financial foundation for his family.  I met one of his bosses at a BBQ one day and he told me how invaluable Jeremy was as an employee/job supervisor and his work ethic was incomparable.  I was proud, but honestly not surprised this is Jeremy's character, hard worker, honest, loyal, empathetic, generous, and ambitious but humble.  I am thankful for the relationship I have with my brother, and proud of the person he is.

It is my prayer that it may be recognized of what good character to society he contributes and the importance of the stability in means of financially and emotionally he brings to his family on a daily basis.

I appreciate you taking the time to read this.

Thank you,

Amber Sandine

July 28, 2022

To The Honorable Randolph D Moss,

My name is Bill Spring and I am Jenna Grace's uncle.

I have known Jeremy since he and Jenna first started dating. I have seen them raise their two young children with impeccable skills as parents. He is an incredible father that cares for the details of his relationships with his children. I have watched Jeremy grow from a young man into a loving caring husband, father, and family relative. He is a dedicated worker to his company that he and his business partner started together and has become the primary source of income for the family.

I have needed help several times over the years and Jeremy has been there for me without question or expecting anything in return. He told me "it's what you do for family, help each other." My brother died just before Jeremy and Jenna met and after a few years on her own, Jenna's mother needed help with living arrangements. Without assistance from others Jeremy and Jenna built a standalone, one bedroom mother-in law apartment at their residence for Jenna's mother. This was a serious and very costly undertaking that he and Jenna did for her mother. Jeremy asked for nothing in return other than to know Jenna's mother was taken care of.

Jeremy is a productive working member of our society and is a good person, a loving caring and respectful husband, a loving father, and an incredible relative.

If you have any questions please feel free to contact me.

Respectfully,

Bill Spring

Safety compliance Officer
Division of Occupational Safety and Health (DOSH) region 4
Washington State Department of Labor & Industries (L&I)
312 SE Stonemill Drive, Suite 120
Vancouver, WA 98684
Personal Cell - [redacted]
Personal email address - [redacted]

July 27, 2022

To the Honorable Randolph D. Moss

I am pleased to send this letter of recommendation on behalf of Jeremy Grace. We are the grandparents of the family & presently retired senior citizens. We have known Jeremy for thirteen years. He is the sole financial support for his wife & two young children. He has been very active in our great grandchildren's community sports activities for years and dedicated to building a future for his family. He is the backbone for the kids and their future education. He served our country well completing four years in the Navy and receiving an Honor Discharge. Jeremy completed his apprenticeship with IBEW Union or International Brotherhood of Electrical Workers. He became a Field Forman and supervised a field crews. He is a highly motivated young man. In our opinion he has always been an honest, hard working, law bidding citizen & a good Christian man. He has always freely shared his electrical skills to help others in need. We are proud of his accomplishments & dedication to his family values.

Sincerely

Bob & Irene Weisend