ALCO ELECTRIC LLC
5724 NW 144th Cir Vancouver WA 98685
(360) 946-1307
brian@alco-electric.com
www.alco-electric.com

Dear Honorable Randolph D. Moss,

My name is Brian Alexander, I am 48 years old married to Gretchen Alexander for 25 years, I own ALCO Electric a union electrical contracting company in Vancouver WA and currently employ Jeremy Grace. I've been in the electrical industry for 29 years working for only one company until starting my own business in 2020, I've worked with Jeremy since 2008, I remember speaking with Jeremy the day he hired on he explained he had joined the military right out of high school served his 4-years and then started with a residential electrical contractor receiving his residential Journeyman license in just 2-years and had just been accepted to the union 5-year apprentice program to be a commercial electrician.  It was obvious the guy was motivated. Jeremy and I were with a larger electrical contractor at that time, I was a Project Manager, and it did not take long for the positive reviews to start coming in about Jeremy.  By the end of Jeremy's 5-year apprenticeship he had already been promoted to a foreman position.  Jeremy worked for me at our previous employer until I decided to make the leap and start my own business when Jeremy made the move with me, he is now our Superintendent in charge of field personnel and project management. Jeremy has been instrumental in helping develop a team at ALCO Electric as well as maintaining our customer following, he always puts the customer first and makes sure our employees have everything they need to be successful and safe. I honestly believe it's the little things Jeremy does that keep our work force (currently 10) growing and excited to be a part of ALCO.  My overall perspective of Jeremy as his employer is I see a guy that loves to work hard and is always working toward a goal whether he's making the company money or helping others become successful he's not just there to make a paycheck.   At my age of 48 I feel I have only one chance to make my business successful and without Jeremy our company and employees would not be where we are at today.

Outside of work I know Jeremy's family, wife Jenna, daughter Avalee and son Weston. Jeremy and Jenna are clearly all about their family and faith. I'm not on social media but my wife Gretchen often shares things Jeremy and Jenna are doing with the kids.  Jeremy is one of those guys that never has anytime to go do anything outside of family or work in that order.  As an employer often you can tell when someone is dealing with a personal issue outside of work, Jeremy has continued to be a great employee and father, I know him well enough even though he was not involved in acts of violence I can tell he is very regretful of the pain caused by his presence on January 6th.

In the event this letter finds you prior to Jeremy's trial and there is time I would be happy to further discuss any questions you may have.

Thank you

Brian Alexander
President

1-(360) 946-1307

CCB#233136 / WA#ALCOEEL800P7

Exhibit C
Page 1 of 4

2022-06-27

ATTN: The Honorable Randolph D. Moss

RE: Character Reference Letter for Jeremy Grace

My name is Spencer Bradley.  I was born and raised in the Portland metropolitan area, where I currently am working for a commercial contractor, Bremik Construction Inc.  In my role as the Director of Construction, and a partner in the company, I have exposure to all types of folks in the industry.  As far as people go, Jeremy is one of the most reliable, respectful, energetic, and positive people I have come across.

Jeremy and I first met in 2015 working on a remodel project in East Portland.  I was working as the Project Manager and Jeremy was the foreman for the electrical contractor on the project.  Our whole team hit it off immediately with Jeremy, embracing his positive attitude, strong work ethic, and willingness to help out the project however he could.

Although Jeremy only had the one project under his belt as a field leader, we requested him to lead the electrical team on a 12-story hotel project downtown, the largest project our company had taken on at the time.  His strong character and transparent, ethical approach were key in the successful execution of the project, which wrapped up in 2018.

Although we have not worked directly on a project together after the hotel, we built a strong friendship that continues to this day.  My wife and I have enjoyed spending time with the Grace family fishing, going out for meals, skiing, working on projects and celebrating at our wedding together.

I look forward to many years continuing the relationship with Jeremy in the business world and in our personal lives.


Sincerely,



Spencer Bradley

Exhibit C
Page 2 of 4

June 27, 2022

Honorable Randolph D. Moss

My name is James Loucks. I am a husband, father of three, former small business owner and currently a construction Superintendent for a large firm in Oregon. When I am not busy working, I am spending time with my wife and kids usually watching them play sports. We also love to camp and spend time outdoors as much as possible. I've been involved with my dad's Charity, "Climb for The Cure" for several years and enjoy the community involvement created by the annual event. It's a fundraiser for Cystic Fibrosis.

I've known Jeremy for 3 years. I first met him when we were building our new headquarters for my current employer. This project was a massive undertaking to say the least and Jeremy was lead electrical superintendent on site. The scope of work spanned months and Jeremy was responsible for every electrical detail in that building. Having a guy like him on site makes our job a lot easier. I always trust he will do what he says and can always count on him and his team when it comes down to it. Not once has he let me down on or off the job. Often, I have seen him donate his own time and resources in to solving a problem for our clients. Making sure the client is happy and the job is done right is important to Jeremy and it shows.

He is extremely personable and gets along great with everyone on site. I constantly hear from other sub-contractors about how nice he was to work with and how his work stands out above others. He has come over on his days off to help me with electrical projects at my house. We live over an hour from each other, and he still does it. I have been to his house on multiple occasions for BBQ's and to help with work projects. Jeremy and his family have always been more than hospitable whenever I am there.

Jeremy has only been honest, dependable, loyal and energetic for as long as I have known him. His personality Is infectious, and he is someone you can trust. He holds community, family and friendship in high regard and would do anything for a friend in need. I hope my words have given you a better understanding of who I know Jeremy truly is.

Thank you very much for your time, your Honor.

Respectfully,

James Loucks

via email: ███████████

Exhibit C
Page 3 of 4

Dear Honorable Randolph D. Moss,

My name is Jason Ray, I am 37 years old, I have been married to my wife Anna for 16 years and we have a 12 year old daughter named Ailey. I am currently employed at Alco Electric with Jeremy and have over 16 years experience in the electrical industry. I grew up in a hard working family and we always put a very high value on our morals and sense of respect. I have worked with my father around the house since I was a child and started working for others doing odd jobs, mostly lawn care and maintenance, when I was 12 years old. I worked harder than any of my piers because I was taught that is how you will get ahead in life and eventually support a family. I think my background is why I immediately had respect for Jeremy when I began working with him in 2015 when I joined the electrical company he was employed at. Jeremy was just one of those guys that always went the extra mile and who's crew wanted to go the extra mile for him when they worked for him. Always producing high quality work while maintaining great relationships with customers and his co-workers. When Jeremy left the large contractor we were working for at the time, it only took me 4 short months to jump ship and follow him to Alco Electric where I have been for the last year. Getting the opportunity to work with Jeremy in a small company atmosphere has allowed me to get to know him on a more personal level and we have since brought our families together for barbecue's, fishing trips and other small get togethers. During large gatherings with friends and family at his home, Jeremy will often hire magicians, face painters, and balloon artists for the kids. Getting to see the way Jeremy acts around his family and the way his wife Jenna and children Weston and Avalee admire him has been great. Jeremy is just solid guy who puts his family and faith first.

Since we joined the small startup company, Alco Electric, last year Jeremy has been a key component to its success and growth. He consistently manages multiple projects and supervises half of the employees at the company which is usually 4-6 of our 10 employees. Return customers ask for him by name and request he manage their upcoming projects. He also draws talent to the company because workers in our industry who know and respect him want to come work with him and the team he is helping to build at Alco Electric. Jeremy has the drive necessary to grow a small company like ours and help keep the employees in a safe, positive, and successful environment.

My opinion of Jeremy is that he is a good man, a good husband and father, and a good provider for his family. He has my respect and thanks for serving our country in the military and I enjoy working with him on a daily basis.

Please do not hesitate to contact me if you have any further questions about Jeremy or if I can assist in any way.

Thank you,

Jason Ray

Exhibit C
Page 4 of 4