| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) GRACE, JEREMY GUY | 2. DEPARTMENT, COMPONENT AND BRANCH NAVY-USN | 3. SOCIAL SECURITY NUMBER [redacted] |
|---|---|---|
| 4a. GRADE, RATE OR RANK AM2 | b. PAY GRADE E5 | 5. DATE OF BIRTH (YYYYMMDD) [redacted] | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20100223 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY PORTLAND, OR | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) [redacted] |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND VFA-146 HP: LEMOORE, CA | b. STATION WHERE SEPARATED VFA-146 HP: NAS LEMOORE, CA |
| 9. COMMAND TO WHICH TRANSFERRED NAVAL RESERVE PERSONNEL CENTER, MILLINGTON TN 38055 | 10. SGLI COVERAGE AMOUNT: $400,000.00  NONE |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 8842-SYSTEMS ORGANIZATIONAL INITIAL MAINTENANCE TECHNICIAN - (01YRS 10MOS) 7232-ADVANCED COMPOSITE STRUCTURAL REPAIR IMA TECHNICIAN - (02YRS 02MOS) | a. DATE ENTERED AD THIS PERIOD | 02 | FEB | 25 |
| | b. SEPARATION DATE THIS PERIOD | 06 | FEB | 24 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 01 | 05 | 06 |
| | h. EFFECTIVE DATE OF PAY GRADE | 05 | JUL | 16 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
SEA SERVICE DEPLOYMENT RIBBON (2ND), MERITORIOUS UNIT COMMENDATION, GOOD CONDUCT MEDAL, GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, NAVY AND MARINE CORPS ACHIEVEMENT MEDAL.//

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
RECRUIT TRAINING (8WKS 02MAY)

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | NO X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | YES X | NO |
| 16. DAYS ACCRUED LEAVE PAID N/A | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |

18. REMARKS
09096-05-0011-NEL

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) [redacted] | b. NEAREST RELATIVE (Name and address - include ZIP Code) JEFFREY GRACE (FATHER) [redacted] |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO   WA | DIRECTOR OF VETERANS AFFAIRS   YES X   NO |
| 21. SIGNATURE OF MEMBER BEING SEPARATED [signature] | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASED FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY MILSPERMAN 1910-104 | 26. SEPARATION CODE MBK | 27. REENTRY CODE RE-R1 |
| 28. NARRATIVE REASON FOR SEPARATION COMPLETION REQUIRED ACTIVE SERVICE |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) TL: NONE | 30. MEMBER REQUESTS COPY 4 (Initials) JGG |

DD FORM 214, FEB 2000
(PP-FF WHS.DIOR)
PREVIOUS EDITION IS OBSOLETE.
MEMBER - 4

Created with Scanner Pro

Exhibit D
Page 1 of 13



**DEPARTMENT OF THE NAVY**
NAVAL AIR TECHNICAL TRAINING CENTER
230 CHEVALIER FIELD AVENUE
PENSACOLA FLORIDA 32508-5113

IN REPLY REFER TO:
1650/2
102
09 Jul 02

The Commanding Officer takes pleasure in recognizing

AVIATION STRUCTURAL MECHANIC AIRMAN APPRENITCE
JEREMY G. GRACE
UNITED STATES NAVY

for accomplishment as set forth in the following CITATION:

For being designated Class Honor Student by attaining the highest scholastic average in Class 02580 of the Aviation Structural Mechanic Course, Class A1. This outstanding achievement is indicative of the hard work and conscientious effort put forth during this course of instruction and reflects great credit on you and the Navy and Marine Corps team. Well done!

M. R. SCHMITT
By direction

Copy to:
Service Record



## Naval Air Technical Training Center, Pensacola

# Honor Certificate

*Awarded To*

AMAA Jeremy G. Grace, USN, ▬

*In recognition of superior performance which earned you the distinction of Honor Student in the*

Aviation Structural Mechanic (Hydraulics & Structures)
Course, Class A1

09 July 2002
Date

*T. Keeley*
T. Keeley
Commanding Officer

# NAS LEMOORE FIREFIGHTING SCHOOL
## J 495-0413



## FOR COMPLETION OF
## BASIC SHIPBOARD AIRCRAFT FIREFIGHTING
### PRESENTED TO

*AMAN JEREMY GRACE*

31 OCTOBER 2002

DATE

FIRE SCHOOL DIRECTOR

     

# Petty Officer
## INDOCTRINATION COURSE

Know ye, that

*AMAN Jeremy Grace*

has successfully completed the

*Petty Officer Indoctrination Course*

this 12th day of November 2002

As a PETTY OFFICER in the UNITED STATES NAVY, you have earned the special trust and confidence of your superiors. You are now heir to a long and proud tradition of Naval Leadership. By using the Skills you have learned in this course, you will contribute greatly to the pride and professionalism of the UNITED STATES NAVY. Congratulations!

R. F. HOFFMANN
Commander, U.S. Navy
Commanding Officer



# Center for Naval Aviation Technical Training Unit, Lemoore

## Certificate of Completion

This is to certify that

*AM3 Jeremy G. Grace*

has successfully completed a course of instruction in the
**ADVANCED COMPOSITE MATERIAL REPAIR**
Course Number C-603-3868, Course Code 4932 (160 Hours)

Awarded this Thirty First day of March 2004

_____      _____
Instructor                                              CDR, USN
                                       Commanding Officer, CNATTU Lemoore

**DEPARTMENT OF THE NAVY**

STRIKE FIGHTER SQUADRON ONE FOUR SIX
UNIT 25440
FPO AP 96601-6232

IN REPLY REFER TO
1414
00/208
15 OCT 04

From: Commanding Officer, Strike Fighter Squadron 146
To:   AM3 Jeremy G. Grace, USN, ███████

Subj: ENLISTED AVIATION WARFARE SPECIALIST

1. Having met the PQS requirements and successfully passing an oral examination board, you are hereby qualified as an Enlisted Aviation Warfare Specialist. You are authorized to wear the Enlisted Aviation Warfare Specialist Breast Insignia.

2. Congratulations and Well Done!

R. GORDON FOGG

Copy to:
Service record



Know all ye by these presents that

*Aviation Structural Mechanic Third Class Jeremy G. Grace*

having attained significant military experience in Naval Aviation and having successfully completed the established personnel qualification standards and having demonstrated the requisite professional skills and competence while serving in

*Strike Fighter Squadron 146*

has qualified as an

***ENLISTED AVIATION WARFARE SPECIALIST***

and is authorized to wear the Enlisted Aviation Warfare Specialist Breast Insignia.
In witness whereof this certificate has been signed and a seal
Affixed hereunto on this the 15th day of October 2004

T. J. KUHN, CMDCM(AW/SW)
**Command Master Chief**

R. GORDON FOGG, CDR
**Commanding Officer**

# Department of the Navy



## Good Conduct Award

### Fidelity   Zeal   Obedience

**Aviation Structural Mechanic Third Class
Jeremy G. Grace, U.S. Navy**

Is issued this certificate in recognition of faithful, zealous and obedient naval service.
**First Award**

Awarded for service completed on  **24 February 2005**

*Commanding Officer*

**R. GORDON FOGG, CDR, USN
Strike Fighter Squadron 146**

NAVPERS 1650/1 (Rev 6-81) S/N 0106-LF-016-5006



# Center for Naval Aviation Technical Training Unit, Lemoore

## Certificate of Completion

This is to certify that

*AM3 Je____ O. Grace*

has successfully completed a course of instruction in the
**ADVANCED COMPOSITE MATERIAL REPAIR**
Course Number C-603-3868, Cou___ Cod_ ___32 (160 Hours)

Awarded ___ ___ ___ ___ March 2004

_____ Instructor

_____ CDR, USN
Commanding Officer, CNATTU Lemoore



# Naval Air Maintenance Training Group
# Certificate of Completion

This is to certify that

**AM3 Jeremy G. Grace**

has successfully completed a course of instruction in the
**F/A-18 AVIATION HYDRAULIC/STRUCTURAL MECHANIC (INITIAL) ORGANIZATIONAL MAINTENANCE, Course Number C-603-9973, Course Code 700R, (200 Hours)**

Awarded this Twelfth day of December 2003

_____  SGT/USMC
Instructor

_____ CDR, USN
Commanding Officer, Naval Air Maintenance Training Unit

**AMC(AW) Jacklyn C. Smith**
VFA-146 Line Division Chief
NAS Lemoore, CA (559) 998-3625

January 5, 2006

To Whom It May Concern:

I've been Jeremy Grace's supervisor for over eighteen months, which included a seven and a half month cruise to the Persian Gulf. While I wish him only the best and fully understand that he must advance his career, I'm truly sorry to see him go. He leaves a large hole in our F/A18 Trouble Shooter work center. It has been a pleasure having him on our team.

Jeremy is a professional technician of the highest caliber, who meticulously researches, troubleshoots and solves complicated airframe discrepancies. His attention to detail and tenaciousness enabled our squadron to complete our recent Gulf deployment with a ninety-eight percent sortie completion; quite a feat with ancient F/A18C aircraft.

Jeremy is an innovative self-starter, who needs no supervision. He is punctual and typically exceeds expectations. He handles pressure well, and will voluntarily work overtime and take work home to meet a deadline. In addition, he is self-less when training co-workers. He spent multiple off-shift hours to train junior personnel and senior co-workers, never turning down anyone's request for training. This is just one example among many of Jeremy's superior skills and admirable work ethics.

Jeremy was an invaluable asset to our squadron and division. He will be a valuable asset to any company not only as a technician but also in the supervisory capacity. I truly did my best to convince him to "Stay Navy", but respected his decision to move on. I highly recommend hiring him. If you'd like to discuss him attributes in more detail, please don't hesitate to contact me.

Sincerely,

Jacklyn Smith
AMC(AW)       USN
VFA-146 Line Division Chief
Jacklyn.smith@navy.mil

**Assistant Maintenance Officer**
**Strike Fighter Squadron ONE FOUR SIX**
Hgr 3 MOD 1, NAS Lemoore, CA 93246 or FPO AP, 96601-6232
(559) 998-3153

January 06, 2006

To Whom it May Concern:

As the Assistant Maintenance Officer of Strike Fighter Squadron ONE FOUR SIX (VFA-146), Naval Air Station, Lemoore, California from October 2003 to January 2006, I have had the distinct pleasure of serving with Mr. Jeremy Guy Grace for two of his four years of honorable Naval Service. I wish him the best and fully support his desire to advance his career.

Mr. Grace is an Aviation Structural Mechanic Second Class in the United States Navy who was assigned as a Plane Captain, Airframes Technician, and Troubleshooter in support of 12 FA-18C Hornet aircraft. As a Plane Captain he was responsible for preparing aircraft for flight and performed launch and recovery tasks during high tempo flight operations on shore bases and aboard aircraft carriers. As Airframes Technician, he performed scheduled and unscheduled maintenance on airframes structures, flight controls, landing gear, and hydraulic systems. Additionally, he served one year as a command Troubleshooter, correcting over 1,000 pre-launch system failures. His efforts allowed the Squadron to enjoy many successes which included 20 years and 82,000 flight hours Class "A" mishap free, 300 combat missions and 1,900 flight hours in support of Operation IRAQI FREEDOM.

In the performance of his duties as Work Center Supervisor, Work Center Tool Control, and Individual Material Readiness List Petty Officer, he developed a comprehensive inventory plan, optimized personnel scheduling during periods of critical manning shortfalls, streamlined maintenance and administrative process. His efforts were responsible for the organizations grades of outstanding during the Naval Aviation Maintenance Program evaluation, Naval Safety Center inspection, and Aircraft Material Condition inspection.

Mr. Grace is an outstanding Airframes Technician and a talented supervisor; he earned the total respect and confidence of his subordinates, peers, and superiors through his professional knowledge, hard work, and dedication to excellence.

Mr. Grace has been an invaluable asset to my organization; I expect nothing but glowing reports on his further endeavors. He has earned my enthusiastic recommendation for future employment.

Sincerely,

Michael A. Garrovillo

Assistant Maintenance Officer, Strike Fighter Squadron ONE FOUR SIX
**Work:** michael.garrovillo@navy.mil **Home:**
Home: