| **Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only**<br>**By Sentence Length – Page 1** |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| *Cases Where Government Sought Some Form of Incarceration but None Was Ordered* |||
| Cudd, Jenny<br>1:21-CR-00068-TNM<br>75 days incarceration | 2 months probation | 1) wore a bulletproof sweatshirt during the riot;<br>2) entered the Capital by crossing overturned bike racks and scaling a wall;<br>3) engaged in a self-described push against law enforcement officers while yelling "go" and "charge" to reach the entrance of the U.S. Capitol building;<br>4) remained inside for approximately 20 minutes, despite hearing loud banging and smelling—and feeling the effects of—tear gas;<br>5) remained on Capitol grounds, watching clashes with law enforcement officers, for about an hour and 20 minutes;<br>6) posted a 25 minute video on Facebook after leaving the Capital, describing walking through various locations, witnessing the breaking down of Speaker Pelosi's door and someone stealing her gavel, all while repeatedly confirming that she was "proud of everything that I was a part of today. And I'll be proud of everything that I'm a part of at the next one." and,<br>7) gave an interview to local media on January 8th stating "I stood up for what it is I believed in. And I can tell you this, and I've told everybody this, I would do it again in a heartbeat because I did not break any laws. I went inside the Capitol completely legally, and I did not do anything to hurt anybody or destroy any property. So, yes, I would absolutely do it again." |
| Cordon, Kevin<br>1:21-CR-00277-TNM<br>30 days incarceration | 12 months probation | 1) witnessed rioters fighting with law enforcement outside the Capitol prior to entering;<br>2) entered through a broken window;<br>3) wore a gas mask and body army, indicating he anticipated violence;<br>4) outside the capital gave an incendiary statement to a reporter from a foreign news source, *Ilta Sanomat*; and,<br>5) had prior criminal history (no score) including a 2007 Aide/Abet in Exhibition of |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 2 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
|  |  | Speed, to which he was sentenced to 12 months probation and a fine; and a 2016 DUI-Alcohol and Driving without a License, for which he was sentenced to 1 day in jail, 36 months probation, and a $390 fine |
| Witcher, Jeffrey 1:21-CR-00235-RC 2 months home detention | 12 months probation | 1) entered the U.S. Capitol building with a large crowd of rioters; 2) was aware of the fact that he was not authorized to be inside the building, evidenced by his shouting at law enforcement "[d]on't be a traitor! Fulfill your constitutional duties, man. Do or die!"; 3) penetrated into the Crypt portion of the U.S. Capitol, where violence between rioters and law enforcement was occurring around him, to include rioters overrunning the police line; 4) recorded his activities inside the building, to include his participation in shouting and chanting directed at law enforcement; 5) admitted to deleting evidence from his phone while at the airport traveling home from the District; and, 6) had some prior criminal history (no score) of 35 year old misdemeanor conviction for Assault with Bodily Injury. |
| Nalley, Verden 1:21-CR-00116-DLF 14 days incarceration | 24 months probation | 1) followed crowds into the Capitol building knowing that it was a restricted building and that certification of the election was supposed to take place; 2) he stayed inside the building for 30 to 40 minutes taking photos; and, 3) his post-event social media posts showed a lack of remorse, spread false information about the level of violence involved, and twice threatened to "be back with guns in two weeks if [the election results were] not fixed." |
| Pert, Rachael 1:21-CR-00139-TNM 3 months home detention | 24 months probation | [*note: co-defendant of Winn, Dana, infra, and sentencing memorandums cross-reference each other*] 1) traveled from Florida to the District of Columbia with co-defendant, and recorded a |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 3 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | live video with Winn stating "[g]ot her flags, come with her flagpole, that way I can hit Antifa in the head if need be" demonstrating he was aware of the potential for violence that day and prepared accordingly; <br> 2) gained entry into the Capitol building shortly after the building was breached; <br> 3) was part of a large group that were tear-gassed in an effort to clear the building; <br> 4) after leaving, noted how "[t]he patriots" had removed all the barriers at the Capitol; <br> 5) in a video recorded by Winn after leaving, celebrated the fact that they had stopped the certification vote and that was their intent; and, <br> 6) had prior criminal history (no score) including three misdemeanor convictions for Disorderly Conduct/Battery on a Law Enforcement Officer/Resisting Law Enforcement, Driving While License Suspended or Revoked, and Battery. |
| *Cases Where Home Detention Alone Was Ordered* | | |
| Lentz, Nicholes <br> 1:22-CR-00053-RDM <br> 2 months home detention | 1 month home detention | 1) as a former police officer, was aware of the dangers to Capitol law enforcement and members of Congress that day, but nevertheless remained in and moved through the Capitol after witnessing violence against law enforcement; <br> 2) ignored his better judgment and overlooked numerous red flags in entering the Capitol; <br> 3) posted images and statements to social media during the riot that celebrated the siege of the building; and, <br> 4) had limited criminal history (no score) of traffic infractions and one tobacco related offense |
| Daughtry, Michael <br> 1:21-CR00141-RDM <br> 4 months home detention | 2 months home detention | 1) entered and remained in the restricted area of the West Plaza, climbing onto southeast scaffolding; <br> 2) as a former police officer, was aware of the dangers posed to law enforcement and members of Congress; |

| **Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only** <br> **By Sentence Length – Page 4** |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
|  |  | 3) bragged to others that he was among the first to tear down fencing to begin the siege of the Capitol; and, <br> 4) had concerning emails advertising the sale of "anti-liberal" bullets and AR-15s on social media in preparation of the 2020 presidential election; |
| Marquez, Felipe <br> 1:21-CR-00136-RC <br> 4 months incarceration <br> 3 months home detention | 3 months home detention | 1) traveled from Florida to Washington with a firearm (although there is no allegation that he removed it from the car in Washington, D.C.); <br> 2) entered the building as part of a mob, while alarms blared; <br> 3) stayed in the Capital over an hour; <br> 4) interfered with Capitol Police officers trying to protect the building by repeatedly asking them for selfies and fist bumps; and, <br> 5) spent about 10 minutes in the private office of Senator Merkley (of Oregon), which suffered substantial damage, including having a door smashed off the hinges and property including a laptop and a calligraphy scroll stolen |
| *Cases Where Some Form of Custodial Incarceration was Ordered* |||
| Winn, Dana <br> 1:21-CR-00139-TNM <br> 3 months home detention | 10 days incarceration (weekends) | [*note: co-defendant of Pert, Rachel, supra, and sentencing memorandums cross-reference each other*] <br> 1) traveled from Florida to the District of Columbia with co-defendant, and recorded a live video stating "[g]ot her flags, come with her flagpole, that way I can hit Antifa in the head if need be" demonstrating he was aware of the potential for violence that day and prepared accordingly; <br> 2) gained entry into the Capitol building shortly after the building was breached; <br> 3) was part of a large group that were tear-gassed in an effort to clear the building; <br> 4) after leaving, noted how "[t]he patriots" had removed all the barriers at the Capitol; <br> 5) recorded a video celebrating the fact that they had stopped the certification vote and that was their intent; and, |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only<br>By Sentence Length – Page 5 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | 6) had prior criminal history (no apparent score) including Driving Under the Influence with Property Damage (Alcohol and/or Drugs), Battery (Touch or Strike) and several traffic infractions. |
| Herendeen, Daniel<br>1:21-CR-00278-BAH<br>28 days incarceration | 14 days incarceration | [note, came with a friend, Schornak, Robert, also charged and referenced infra]<br>1) expected to meet violence at the Capitol before leaving Michigan and told a confidential source, "If I die, I die saving the nation;"<br>2) came prepared for violence and brought black-tinted goggles, a flak jacket, tactical vest, and a canister of bear spray to the event and came with a friend who brought a military-style vest, helmet and a bullhorn;<br>3) entered shortly after the breach;<br>4) filmed himself in the Crypt Lobby, panning between a large group of people cheering and shouting at police officers and himself, which he posted to Facebook;<br>5) attempted to profit by offering to sell photos of himself at the Capital;<br>6) violated the conditions of pretrial release by being arrested and charged with possession of a controlled substance<br>7) refused to provide financial information to Probation as part of the PSR process;<br>8) had prior criminal history (scoring 1 point) for a 2012 conviction for Driving Impaired, sentenced to one day in jail, 12 months probation and a fine |
| Ridge IV, Leonard<br>1:21-CR-00406-JEB<br>45 days incarceration | 14 days incarceration consecutive | 1) pre-event indicated his intent to "try to block the session of [C]ongress";<br>2) recorded illegal activity while in the building;<br>3) attempted to enter a "sensitive area" inside the building, and,<br>3) after departing the riot, used social media to boast about the riot, including that he had stormed the Capitol and watched individuals break down doors |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only<br>By Sentence Length – Page 6 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| Schornak, Robert<br>1:21-CR-00278-BAH<br>4-6 months incarceration | 28 days intermittent incarceration | [*note: traveled with Herendeen, Daniel, also charged and referenced supra*]<br>1) expected there to be violence and came prepared;<br>2) brought a military-style vest, helmet and a bullhorn, and came with a friend who brought black-tinted goggles, a flak jacket, tactical vest, and a canister of bear spray;<br>3) he went in after witnessing violence take place between law enforcement officers and rioters and being exposed to chemical irritant;<br>4) he stole a flag and paraded around the Capitol with it;<br>5) never expressed remorse or cooperated with authorities;<br>6) post-event continued to post about his conduct confirming his lack of remorse and pride in his behavior;<br>7) refused to cooperate with the Probation Office's request for financial information;<br>8) had prior criminal history (no scored), primarily traffic and misdemeanors, and this is his fifth arrest |
| Courtright, Gracyn<br>1:21-CR-00072-CRC<br>6 months incarceration | 30 days incarceration | 1) penetrated the Capitol building all the way to the Senate floor, briefly stepping inside;<br>2) picked up and carried around a "Members Only" sign which she only returned after being ordered to do so on her way out of the Capitol;<br>3) witnessed rioters damaging property and attempting to break into locked doors as soon as she entered the Capitol, but later posted on her social media downplaying any violence; and,<br>4) indicated a lack of remorse in conduct with posts on Instagram with the caption "Infamy is just as good as fame. Either way I end up more known. XOXO" |
| Hernandez, Emily<br>1:21-CR-00747-JEB<br>45 days incarceration | 30 days incarceration | 1) personally witnessed rioters forcibly remove multiple police barricades and proceeded to storm past outnumbered officers;<br>2) stayed in the area of continuing skirmishes with police for over an hour, witnessing |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 7 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | increasing violence against law enforcement; <br> 3) heard dispersal orders, and moved through tear gas and munitions past a crumbling police line, entering the building less than 10 minutes after it was breached at that location; <br> 4) witnessed rioters violently smash Speaker Pelosi's office suite sign; <br> 5) took a piece of that sign that she displayed "like a trophy" for a reporter; <br> 6) stole other items from the Capitol building and grounds, and having "removed government property from the Capitol ... is significantly more culpable than the vast majority of misdemeanor defendants"; <br> 7) while no prior criminal history, days before her plea hearing was the driver in a car accident that resulted in a fatality with early indications that she was driving while intoxicated and in the wrong direction on an interstate highway at the time; charges were pending the results of a toxicology report |
| McCreary, Brian <br> 1:21-CR-00125-BAH 18 <br> 3 months home detention | 42 days intermittent incarceration (condition of probation) <br> 2 months home detention | 1) was one of the first thirty individuals to enter Capitol at the initial breach point after an exterior door had been kicked open by another rioter to enter; <br> 2) followed and filmed a large crowd of rioters around the building, including Jacob Chansley (the "QAnon Shaman"), and watched members of that group harass and chase law enforcement officers inside the building; and <br> 3) re-entered after being ordered to exit the building by law enforcement through another door that had also been kicked open by other rioters. |
| Reed, Blake <br> 1:21-CR-00204-BAH <br> 3 months incarceration | 42 days intermittent confinement | 1) prior to event, posted on Facebook that he was "feeling pissed off" and that "you will see the Republican side of this country go into anarchy stronger than 1776 . . . The Republican Rebellion is coming soon!" <br> 2) prior to event, apparently considered joining the Proud Boys; |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 8 |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | 3) prior to event used Facebook to coordinate and find out who else was going to D.C.;<br>4) wore protective gear of ski goggles and a respirator mask to event;<br>5) as police were attacked near the Northwest scaffolding and tear gas was deployed to ward off the rioters, he took videos of the violent scene, which included calls for lawmakers to be hung;<br>6) climbed a bike fence to stand on the balustrade of the North West Stairs;<br>7) entered the Capitol building through the Senate Wing door not long after it was violently breached with the damage still visible and the alarm sounding;<br>8) traveled through many non-public areas including the hall near the Senate Wing Door, the area around the Memorial Door, and the hallways around the House Chamber;<br>9) traveled through the Crypt on the ground floor of the Capitol, up the stairs by the Memorial Door near the Speaker of the House's office suite as rioters mockingly chanted, "Nancy, Nancy, Nancy," and then to the Rotunda, where he joined a mob in the Statutory Hall outside the House Chamber;<br>10) joined the group of rioters attempting to break into the House Chamber as Members of Congress were trapped inside;<br>11) spent more than 20 minutes in the building and more than an hour and a half on the restricted Capitol grounds;<br>12) post-event made Facebook posts including a threat to Congress, "we are coming for you" over his video of the crowd marching towards the Capitol, which resulted in a 7 day ban;<br>13) took active steps to conceal his crimes and to coach a co-defendant to do so as well;<br>14) when giving up his phone to law enforcement, he provided one without sim or memory cards and gave false passwords; and<br>15) demonstrated a complete lack of remorse |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only<br>By Sentence Length – Page 9 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| Tryon, William<br>1:21-CR-00420-RBW<br>30 days incarceration | 50 days incarceration | 1) when initially attempting to enter, was told by Capitol police stationed near the Memorial Doors not to do so;<br>2) refused to comply and was pepper-sprayed and hit with a baton;<br>3) entered the Capitol through a door opened by someone he had just seen break a window, enter the Capital, and open the door;<br>4) acknowledged that his purpose was to disrupt the election;<br>5) has never expressed remorse; and,<br>6) had limited/old criminal history (no score) including a conviction for grand larceny involving a vehicle at age 16 (1967), and was sentenced to 30 days in jail |
| Gold, Simone<br>1:21-CR-00085-CRC<br>3 months incarceration | 60 days incarceration | 1) was a medical doctor, but ignored the needs of a capital officer being injured near her during the riot;<br>2) went to law school and was therefore aware of the illegality of her conduct;<br>3) entered the Capitol near the Columbus doors, the windows of which were smashed, immediately after an officer was assaulted and dragged to the ground in front of her;<br>4) joined and remained with a mob that was trying to break into the House Chamber;<br>5) moved to other areas and gave two different speeches to the crowd of rioters;<br>6) ignored law enforcement commands to leave Statuary Hall, insisting on completing her speech; and<br>7) remained inside for nearly an hour; and,<br>8) asserted to the Washington Post that the riot was incredibly peaceful |
| Howell, Annie<br>1:21-CR-00217-TFH<br>60 days incarceration | 60 days intermittent incarceration | 1) pre-event was preparing for violence prior to the attack, including discussing plans for bail, the acquisition of tear gas, and meeting with Proud Boys;<br>2) went to the Capital with the knowledge of a high potential for violence;<br>3) witnessed some of the most significant violence between other rioters and law enforcement officers, which was the Lower West Terrace ("LWT") tunnel entrance; |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 10 |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | 4) recorded and posted on social media, multiple videos of that violence, including a video of three officers being pulled down the stairs and assaulted, while screaming "fuck you" at the officers; <br> 5) entered after recording that battle, and spent over an hour inside the capital; <br> 6) on exiting the capital, stayed and recorded further verbal assaults against Officers, including a crowd of rioters yelling "traitors" and "nazis" at them; <br> 7) displayed a lack of remorse in her social media posts, including by falsely blaming the law enforcement officers for the violence on January 6; and, <br> 8) may have destroyed evidence including by resetting her mobile device. |
| Johnson, Adam <br> 1:21-CR-00648-RBW <br> 90 days | 75 days incarceration | 1) made infamous by the pictures and video of him carrying Speaker Pelosi's podium through the Rotunda of the Capital; <br> 2) ran toward Capital upon hearing it was breached; <br> 3) recorded a video of rioters assaulting and disarming police officers outside the Capitol; <br> 4) tried to open a door he believed was to Speaker Pelosi's office, shortly after her staffers had barricaded themselves against the mob just across the hall; <br> 5) formed part of a mob that overwhelmed a line of police guarding the entryway to the House Chamber and crushed officers during its advance; <br> 6) witnessed rioters attempt to break down the doors to the House Chamber and encouraged them to do so by shouting that a bust of George Washington would make "a great battering ram"; <br> 7) destroyed evidence by deleting videos and photographs from his cell phone as well as his entire Facebook account; and, <br> 8) had prior criminal history (no score) including a conviction for Possession of Marijuana at age 19 and several traffic infractions |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only<br>By Sentence Length – Page 11 |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| Baranyi, Lawrence<br>1:21-CR-00062-JEB<br>4 months incarceration | 90 days incarceration | 1) before event, sent violent text messages urging injury and removal to elected officials;<br>2) entered the Capitol building through sounding alarms at the Senate Wing Door;<br>3) moved to the Crypt and joined other rioters as they violently pushed past a police line trying to stop the advance of rioters;<br>4) passed through teargas to move throughout the Capitol building;<br>5) made his way to the door of the House Chamber, and then moved with the mob through hallways to the Speaker's Lobby;<br>6) was in close proximity as other rioters smashed open windows just over the shoulders of officers trying to guard the House Chamber against attack;<br>7) was standing within feet of Ashli Babbitt when she was fatally shot by Capitol police as she tried to climb through a broken window into the occupied House Chamber;<br>8) on leaving the Capital, gave interviews calling for the overthrow of the Government, saying "this is not a government we can allow to stay, take it down" and "this is beyond talk! It's not talk anymore!";<br>9) in text messages sent later, remained defiant, threatened civil war, and made plans to return to Washington; and,<br>10) failed to express remorse |
| Bonet, James<br>1:21-CR-00121-EGS<br>45 days incarceration | 3 months incarceration | 1) filmed and posted video of himself and others storming the capital, including filming the response of law enforcement and calling them "pieces of shit" and uttering other obscenities;<br>2) participated in "trashing" the private offices of Senator Merkley (of Oregon), including filming himself smoking marijuana and discarding butts, the office had its door smashed off the hinges and property including a laptop and a calligraphy scroll stolen;<br>3) in a subsequent sentencing memorandum filed after the initial recommendation, a |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only<br>By Sentence Length – Page 12 |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | lack of remorse based on a television interview given just before filing of defense sentencing materials;<br>4) had prior criminal history (scoring 2 points) including a 2014 conviction for possession of marijuana (over two ounces), resulting in a sentence of three years' probation, and a 2013 conviction for marijuana possession. |
| O'Brien, Kelly<br>1:21-CR-00633-RCL<br>5 months incarceration | 90 days incarceration | 1) prior to the event made posts on social media on the following dates reflecting an anticipation of violence on January 6th, including:<br>• November 25, 2020, stating "O'Brien armory is well stocked. Just in case. These idiot's [sic] don't even realize how hard it is to buy bullets. They're gone. We ain't worried. Lol."<br>• November 26, 2020, stating: "We do not riot. We fight. We are an Army of Patriots. You will know us when you see us. There will be no ambiguity. Prepare yourself."<br>• December 12, 2020, posted about being in Washington, D.C. and being escorted back to her hotel by the Proud Boys. On that day a rally in Washington, D.C. involved violent clashes leaving at least four people stabbed and nine people transported to the hospital, two of whom were law enforcement officers.<br>• December 13, 2020, stating "March for Trump. We have the Spirit of 1776 in our hearts. Rise up Patriots. You are being Called."<br>• December 19, 2020, stating: "WE ARE IN A BATTLE between GOOD and evil. Make no mistake about that. Elders are cheering us on and believe that WE ARE GOING TO BE THE GREATEST GENERATION in their lifetime. And they lived through WWII. Are you going to fight or are you weak. Let us know now. WE NEED PATRIOTS! WE NEED FREEDOM FIGHTERS! NOW!"<br>• December 19, 2020, stating: "CALLING ALL PATRIOTS! Be in Washington, D.C. January 6th. This wasn't organized by any group. DJT has invited us and its going to be 'wild.'" |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 13 |||
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | • On December 19, 2020, O'Brien posted, "We are coming for you Antifa… If you plan on going to D.C. January 6th, which I highly recommend, it will be one of the greatest experiences of your life and I believe the duty of all able Patriots. However, it is not for the faint of heart at night. Violence can and will break out. You won't expect it. Antifa are cowards and they try to go after the vulnerable. When I was there last week there were tons of Proud Boys protecting Patriots. …And the scariest part is that d.c. police, for whatever reason, don't get involved. Even though they are nearby, do not expect protection from them."<br>• December 26, 2021, stating: "THE POWER IS WITH THE PEOPLE. THE CONSTITUTION WAS CREATED FOR YOU. NEVER, EVER GIVE UP YOUR POWER. BE STRONG. BELIEVE IN YOURSELF. BELIEVE IN YOUR COUNTRY. YOU HAVE ALL OF THE POWER. YOU HAVE TO DEMAND IT. FIGHT FOR IT. YOU. HAVE. THE. POWER. SHOW IT."<br>• January 1, 2021, stating "On January 6th you will wonder? How? Thank the Patriots. The 3 percent fought for Freedom. You did nothing."<br>2) filmed and live streamed her walk to the capital and conduct there, including the following:<br>• Stating: "just to give you some perspective, this was all barricaded and patriots have stormed the Capitol. Broke down the barriers. There's men with guns up there, and so, I'm thinking I might stay a little bit back… because once again, we own these buildings. We own this city. Our taxes bought and paid for this city."<br>• Stating: "So we are getting gassed and [hit with] rubber bullets. We are underneath Joe fake Biden's Inaugural steps… we are probably about twenty feet to forty feet from the Capitol doors. Some really brave patriots here. So, I am right in the thick of it… the gas is bad… Please pray for us."<br>3) entered the Capital proceeding through the Crypt and to Speaker Pelosi's office suite, where she can be seen pointing at the identifying sign and stating "Look at that sign. |

| Comparison Sentencings for 18 U.S.C. § 1752(A)(1) / Incarceration Terms Only By Sentence Length – Page 14 | | |
|---|---|---|
| **Case / Government's Recommendation** | **Imposed Sentence** | **Exemplars of Aggravating Conduct from the Government's Sentencing Memorandums and Criminal History** |
| | | We have to smash this place." <br> 4) post-event attempted to remove various social media posts, while also making the following posts: <br> • On January 7, 2021, "No regrets…"; <br> • On January 8, 2021, "There is no grey area anymore. It's time to pick a lane. Are you on the side of freedom? … Patriot or coward? Who are you?"; and, <br> • On January 10, 2021, "GOD BLESS THE PATRIOTS… You have earned upmost respect and loyalty. Thank you Patriots." <br> and, <br> 5) had prior criminal history consisting of two convictions for Driving Under the Influence of Alcohol or Controlled Substances placing her in Criminal History Category III with an advisory Guideline range of 2-8 months |