UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-492 (RDM) |
| v. : | |
| : | |
| JEREMY GRACE, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO**
**MINUTE ORDER RE. PRESS COALITION'S APPLICATION**
**FOR ACCESS TO DEFENDANT'S VIDEO EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's September 1, 2022, Minute Order regarding an application filed by a group of media entities ("the Press Coalition") that seeks access to two video recordings the defendant submitted to the Court in connection with his sentencing memorandum, labeled Exhibit G and Exhibit H. In its September 1, 2022, Minute Order, this Court ruled, "To ensure prompt public access to judicial records, the Court will simultaneously direct that Defendant prepare a redacted version of Exhibit G, which obscures the images of Defendant's minor children and redacts their names and other personally identifying information. Defendant has failed to demonstrate, however, that the portions of Exhibit G in which any adults appear should be withheld, and the Court will, with the assistance of the U.S. Attorney's Office, make a redacted version of Exhibit G publicly available. Finally, the Court will decide whether all (or portions) of Exhibit H should be released after the government has the opportunity to be heard."

Exhibit H is a five-minute video consisting of CCTV footage depicting Mr. Grace's (and other individuals') movements inside the Rotunda of the U.S. Capitol Building on January 6, 2021.

1

This CCTV footage was designated by the government as "highly sensitive" and produced in discovery to the defense, subject to the protective order that has been entered in this case. Notwithstanding that, under these circumstances, the government does not object to the release of Exhibit H in its entirety.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY

By:    */s/Mona Sedky*
       MONA SEDKY
       Special Assistant United States Attorney
       U.S. Attorney's Office
       601 D Street, N.W., 5th Floor
       Washington, D.C.  20530
       202-262-7122
       Mona.Sedky2@usdoj.gov