C. Renée Manes
Assistant Federal Public Defender
Email: Renee_Manes@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:21-cr-00492-RDM |
| Plaintiff, | |
| v. | **NOTICE OF COMPLIANCE WITH THIS COURT'S ORDER OF SEPTEMBER 1, 2022** |
| **JEREMY GRACE**, | |
| Defendant. | |

Notice is hereby given that Mr. Jeremy Grace, through his counsel, has complied with this Court's Order of September 1, 2022. First, on September 6, 2022, counsel provided a copy of the redacted Exhibit G and an additional copy of Exhibit H, previously filed with the Defendant's Sentencing Memorandum, to the government by having that material placed in the drop box that the parties have utilized for exchange of discovery. Second, counsel are providing the same material to the Court on a thumb drive, shipping today via Fed-Ex and addressed to the Honorable Randolph D. Moss at the U.S. District Court for the District of Columbia.

Respectfully submitted, this 7th day of September, 2022.

                                                                 */s/ C. Renée Manes*
                                                                  C. Renée Manes
                                                                  Attorney for Defendant